# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

INGRID M. HENDRICKS,

      Plaintiff,

vs.                                Case No.   3:22-cv-364-MMH-PDB

JP MORGAN CHASE BANK, N.A.,
as successor by merger to Chase
Home Finance, LLC, and FEDERAL
NATIONAL MORTGAGE
ASSOCIATION,

      Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On April 18, 2022, this Court entered an Order striking Plaintiff's First Amended Complaint (Dkt. No. 3) and directing Plaintiff to file a corrected complaint on or before May 6, 2022. See Order (Dkt. No. 4). When Plaintiff failed to do so, on May 16, 2022, the Court entered an Order directing Plaintiff to show cause by June 3, 2022, why this case should not be dismissed without prejudice for failure to prosecute. See Order to Show Cause (Dkt. No. 5). Plaintiff was cautioned that failure to respond would result in the dismissal of this action without further notice. See

id. However, as of this date, Plaintiff has failed to file a corrected complaint and did not respond to this Court's Order to Show Cause.

Based on Plaintiff's failure to respond to this Court's Orders, the undersigned concludes that Plaintiff has failed to prosecute this action. Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. See Brown v. Tallahassee Police Dept., No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006). Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED WITHOUT PREJUDICE**.
2. The Clerk of the Court is directed to terminate any remaining deadlines or pending motions as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of June, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:
Counsel of Record
Pro Se Party

- 2 -